UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20575-CIV-GAYLES
MAGISTRATE JUDGE P. A. WHITE

BOBBY MINNIS, :

    Plaintiff, :

v. : <u>ORDER RE SERVICE OF
PROCESS REQUIRING PERSONAL</u>

SECRETARY, DEPARTMENT
OF CORRECTIONS, et al., : <u>SERVICE UPON AN INDIVIDUAL</u>

    Defendants. :

_____

    The plaintiff in the above-captioned civil action is proceeding <u>in forma pauperis</u>.

    <u>Fed.R.Civ.P.</u> 4(e) provides that service shall be effected, as follows:

> (e) SERVICE UPON INDIVIDUALS WITHIN A JUDICIAL DISTRICT OF THE UNITED STATES. Unless otherwise provided by federal law, service upon an individual from whom a waiver has not been obtained and filed, other than an infant or an incompetent person, may be effected in any judicial district of the United States.
>
> > (1) pursuant to the law of the state in which the district court is located, or in which service is effected, for the service of a summons upon the defendant in an action brought in the courts of general jurisdiction of the State; or
> >
> > (2) by delivering a copy of the summons and of the complaint to the individual personally or by leaving copies thereof at the individual's dwelling house or usual place of abode with some person of suitable

          age and discretion then residing therein or by delivering a copy of the summons and of the complaint to an agent authorized by appointment or by law to receive service of process.

The plaintiff has been permitted to proceed *in forma pauperis* and is therefore entitled to service of process at public expense.

Thereupon, it is

ORDERED AND ADJUDGED that the United States Marshal shall serve a copy of the complaint and appropriate summons upon.

Officer Amos Leggett, SFRC
14000 NW 41st Street
Doral, Florida 33178

Officer Wilner Pierre, SFRC
14000 NW 41st Street
Doral, Florida 33178

Officer Fernando Rios, SFRC
14000 NW 41st Street
Doral, Florida 33178

Officer Blenn LaFrance, SFRC
14000 NW 41st Street
Doral, Florida 33178

Officer Fidel Serrano, SFRC
14000 NW 41st Street
Doral, Florida 33178

Officer Samuel Smith, SFRC
14000 NW 41st Street
Doral, Florida 33178

Officer Jose Tartabull, SFRC
14000 NW 41st Street
Doral, Florida 33178

**IN THE EVENT THAT <u>PERSONAL</u> SERVICE CANNOT BE EFFECTED UPON AN INDIVIDUAL DEFENDANT(S), THE MARSHAL MAY SUBSTITUTE SERVICE, IF NECESSARY, IN ACCORDANCE WITH APPLICABLE FEDERAL AND/OR STATE LAW. WHEN DOING SO, THE MARSHAL SHALL MAKE CLEAR AND SPECIFIC NOTATIONS**

**ON THE "PROCESS RECEIPT AND RETURN," WHICH RECORD THE ACCEPTING OFFICER'S FULL NAME, TITLE, AND BADGE NUMBER, IN ADDITION TO THE MARSHAL'S REMARKS EXPLAINING THE REASON THAT THE NAMED INDIVIDUAL COULD NOT PERSONALLY BE SERVED**.

DONE AND ORDERED at Miami, Florida, this 3rd day of November, 2017.

s/Patrick A. White
UNITED STATES MAGISTRATE JUDGE

cc: Bobby Minnis, Pro Se
DC# B05683
Bay Correctional Facility
Inmate mial/ Parcels
5400 Bayline Drive
Panama City, Florida

United States Marshal