**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 17-cv-20575-GAYLES/REID**

**BOBBY MINNIS,**

    **Plaintiff,**

**v.**

**GEO CORPORATION, et al.,**

    **Defendants.**
                                                    /

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** comes before the Court on Magistrate Judge Lisette Reid's Report of Magistrate Judge re: Defendant Major Dean Lewis (the "Report") [ECF No. 295]. Plaintiff Bobby Minnis filed a *pro se* Amended Complaint for Violation of Civil Rights, pursuant to 42 U.S.C. § 1983, and was permitted to proceed *in forma pauperis*. [ECF Nos. 6 & 20]. The case was referred to Judge Patrick A. White for a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1)(B) [ECF No. 3], and was later reassigned to Judge Reid [ECF No. 195]. The Report recommends that Defendant Major Dean Lewis's Motion for Summary Judgment (the "Motion") [ECF No. 238] be denied because genuine issues of material fact exist regarding (1) whether Plaintiff had a serious medical need, (2) whether Defendant was deliberately indifferent to Plaintiff's serious medical need, and (3) whether Plaintiff suffered an injury because of Defendant's deliberate indifference. No objections were filed.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings

that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

The Court, having reviewed the record for clear error, agrees with Judge Reid's analysis and findings that Defendant's Motion must be denied.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

(1) Judge Reid's Report [ECF No. 295] is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference; and

(2) Defendant's Motion for Summary Judgment [ECF No. 238] is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 6th day of November, 2019.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE